# VIRGINIA:

*In the Supreme Court of Virginia held at the Supreme Court Building in the City of Richmond on Thursday the 13th day of April, 2023.*

Present: Goodwyn, C.J., Powell, Kelsey, McCullough, Chafin, and Mann, JJ., and Lemons, S.J.

Nicholas DeLuca,
s/k/a Nicholas Tyler DeLuca,                                                                      Appellant,

against        Record No. 220185
               Court of Appeals Nos. 1150-20-4 and 1151-20-4

Commonwealth of Virginia,                                                                        Appellee.

Upon an appeal from a judgment rendered by the Court of Appeals of Virginia.

Upon consideration of the record, briefs, and argument of counsel, the Court is of the opinion that there is no reversible error in the judgment of the Court of Appeals. Accordingly, the Court affirms the judgment of the Court of Appeals for the reasons stated in *DeLuca v. Commonwealth*, 73 Va. App. 567 (2021).

This order shall be published in the Virginia Reports and certified to the Court of Appeals of Virginia and the Circuit Court of the City of Alexandria.

A Copy,

Teste:

*[signature]*

Clerk